In The United States District Court
For The Middle District of Pennsylvania

Ronald Stockton,
       Plaintiff
  v.
Secretary John Wetzel,
Commissary Vendor-Keefe,
Prison Commissary Industries,
Governor Tom Wolfe, Prison
Cable Company, United
States Postal Service,
Superintendent-Barry
Smith, Deputy-David
J. Close, Global Tellink,
       Defendants

FILED
SCRANTON
OCT 04 2019
Per_____
DEPUTY CLERK

## Complaint

    Plaintiff, Ronald Stockton, Pro se, hereby brings this 42 U.S.C. §§ 1981, 1983, 1985, and 1986 Complaint on the above listed Defendants in their Official and Individual Capacities for the Deprivation of Rights while acting under color of law listed throughout this Complaint.

Page 1

I. Jurisdiction

This said Court has jurisdiction under 28 USC §§ 1331, and 1343(a)(3), and can grant relief under 28 USC. §§ 2201-2202, and 28 U.S.C. §§ 2283-2284, as well as Rule 65 of the Fed. R. Civ. P. (Declaratory and Injunctive).

II. Claims and Relief

Plaintiff avers claims of: Ongoing Conspiritual Acts, to violate Antitrust Laws, and prohibitions of a monopoly, 15 U.S.C.A. §§ 1-27, Pennsylvania Unfair Trade Practices, and Consumer Protection Law - Title 73 P.S. §§ 201-1, 201-2, 201-3, and 201-4, 18 U.S.C.A. §§ 241-242, violations of the RICO Act, as well as due process of law triggering a 14 amendment violation, a First Amendment violation (Correspondence, etc.).

Plaintiff hereby request: $30 million in Punitive ▇▇▇▇ Damages, $60 million in Compensatory Damages, Cost incurred for postage and copies, Court Cost, Attorney Fee, etc.

Injunctive Relief - To purchase, and shop around to bargain for my buck from other vendors

Page 2

### III. Facts

1. Governor Tom Wolfe, and Secretary of Corrections John Wetzel, has conspired to deprieve me of my main source of mailing via U.S. Postal Service under False pretenses and unsustantiated claims of drugs in order to Force me and my Family to Pay For Emails that are Free in society From an over priced tablet through Global Tel link, with over priced songs.

2. My Family is being targeted as they have to mail and remail letters that are taken weeks, and even months to reach me and sometime not reaching me at all as there is no accountability For the mail. Relatives are dying, and I will miss the opportunity to go to Funeral as it all will be over by the time I receive mail.

3. The intimate letters and photographs of my loved ones are being exploited on a Smart Communications Database, and subject to investigation without notice at any time, and held beyond 24 hours in an attempt to circumvent policy by going through an outside source

4. This Tablet is not accessible to me in the RHU as a punishment, nor sending and receiving messages, which has surpassed my primary source of mail U.S.P.S., and turned it into a secondary source of mail delaying communication with my Family as a punishment.

Page 3

5. Other states, and Countries have purchased the same Tablet For $39.99, and 49.99, and I have to pay $160.00, with less Features.

6. Paying For music-per song almost tripples the Artist Album price, and a price of $0.25 per email that's Free in society. I am prohibited through a Forced contract From doing business with other vendor's as the almost Five times in price Tablet was not enough For these Blood Sucker's.

7. The price in it's self directly targets my Family as and average job in the DOC would not afford me a Tablet with a years pay.

8. What the DOC Fails to tell society is that a Prisoner works For Free in the State of Pennsylvania as the DOC does not provide standard due care, winter wear, athletic wear, deoderant, toothpaste, sweatpants, thermals, hair greese, dental Floss, etc, they offer a job at 19¢ an hour For a prisoner to obtain these things on there own.

9. This offer leads to a prisoner to Forego something due to paying $5 to see medical that month.

10. Links and tablets are purchase through commissary, and the D.O.C. has placed an abundance of state issued items on there, From shampoo, socks, draws, sweatsuits,

Page 4

toothpaste, and are refurbishing underware to force me to purchase them from commissary.

11. This was all strategically done in 2010, when the DOC took it upon themselves to take two envelopes from every purchase that was paid for by the Inmate General Welfare Fund (Inmate Fund), when the Inmates are suppose to dictate how this money is spent. This was at the time MP3 were being experimented with by the DOC.

12. In late 2014, Music stations MTV, BET, and VH1 were taken off the Air by the DOC as the DOC has controle over stations and have there own stations on cable that they manipulate daily, which was another move to force me to purchase a tablet as the stations on the t.v. play the same music all day long, and I can no longer listen to new music on above listed stations.

13. Once the D.O.C. Flopped to a new bubble sheet containing (5) Five number the prices on all commissary purchases stayed the same that included tax, and an additional 6% sales tax was included, not to mention the rise of prices in items each year.

14. As legal guardian the D.O.C. is conspiring with outside vendor to monopolize off of me as a prisoner and my Family.

Page 5

15. It is undisputed that Keefe has monopolized the Corrections industry nationwide. However our purchases are made from Prison Commissary Industries through there contract with Keefe.

16. I am a direct victim of a PCI monopoly that guarantees my purchase at PCI price despite approved vendors selling the same products for less.

17. PCI's monopoly through enforcement of DC-ADM 815, and PCI directives that mandates purchase of there defective products as PCI controles the purchase and the price.

18. Keefe conspired to contract with PCI to maximize profits through a predatory price fixing scheme targeting a consumer market (prisoners) that guarantees the purchase through enforcement of DOC policy that prevents purchase from approved vendors competition.

a) Monopoly is defined as - "The power to fix prices and exclude competitors within the relevant market."
<u>Blacks law Dictionary.</u>

b) Consumer - "A person who buys goods or services for personal use without intent to resale."
<u>Blacks Law Dictionary.</u>

19. The Governor Tom Wolfe, Sec. of Corrections - John Wetzel, Keefe/O'Keefe Food Industries, Prison Commissary Industries, Global Tel Link, Cable providers, by and through Superintendent Barry Smith, and Deputy David J. Close, as well as policy forces prisoners to consume products through these distributors instead of me shopping around to get more for my buck. I am forced to pay retail prices through a wholesaler.

20. Each Industry conspired to bring forth this tablet and dismantled my primary source of communication U.S.P.S.

21. Standard due care is sold by and through commissary and no other medium, stationary, pens, winter under garments manufactured by prisoner's, etc., which makes commissary a privilege in law right. Under Title 18 Pa C.S.A. § 5301 - Official Oppression - For an official to deprive an inmate any rights, privileges of immunities is a misdemeanor in the second degree.

   Wherefore, Plaintiff requests that this court reasonably read this complaint however artfully pleaded and make inference where needed. Submitted under 28 USC § 1746.

September 22, 2019                           _____
Ci: Persaud Esq., Whitney Page 7              Ronald Stockton

Office of the Clerk
U.S. Dist. Court, M.D. Pa.
235 North Washington Ave.
P.O. Box 1148
Scranton, Pa. 18501-1148
Oct. 1, 2019

Dear Clerk:

Enclosed are two separate actions that I wish to be Filed Separately.

One action is 7 pages and the other is 4 pages!

Submitted under 28 U.S.C. § 1746

Ronald Stockham

cc: Personal File

**Smart Communications/PADOC**

SCI- Houtzdale

Name Ronald Stockton   Number KJ1537

PO Box 33028

St Petersburg FL 33733

RECEIVED
SCRANTON
OCT 04 2019
PER _____
DEPUTY CLERK

Inmate Mail
PA Department of Corrections

INMATE MAIL
PA DEPT OF
CORRECTIONS

Hasler   FIRST-CLASS MAIL
10/02/2019
US POSTAGE $000.65
ZIP 16698
011D12603937

Office of the clerk
U.S. Dist. of Pa, M.D. Pa.
235 Washington Ave.
P.O. Box 1148
Scranton Pa. 18501-1148

18501\$1148 B099